# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

134019

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANCA FERRARI,
      Plaintiff-Appellee,

v

                                         SC: 134019
                                         COA: 273557
                                         WCAC: 05-000187

ARAMARK SERVICES MANAGEMENT OF
MICHIGAN, INC., and BANKER'S STANDARD
INSURANCE COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the April 18, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals and REINSTATE the decision of the Workers' Compensation Appellate Commission (WCAC) affirming the magistrate's award of benefits for a closed period. The Court of Appeals erred in adopting the opinion of the WCAC dissenting commissioner where there was support in the record for the decision of the WCAC. *Mudel v Great Atlantic & Pacific Tea Co,* 462 Mich 691 (2000). We REMAND this case to the Court of Appeals to consider the plaintiff's application for leave to appeal on the issue of whether the defendants may recoup benefits they voluntarily paid.

      We do not retain jurisdiction.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007                         _____
                                              Clerk

t0905